IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MIKE DEL AMORA, | ) |
| Plaintiff, | ) JURY DEMAND |
| v. | ) 01C 9046 |
| METRO FORD SALES AND SERVICE, INC. | ) JUDGE KENNELLY |
| Defendant. | ) MAGISTRATE JUDGE BOBRICK |

DOCKETED NOV 26 2001

## COMPLAINT

Plaintiff, Mike Del Amora, by his attorneys, complains against Defendant, Metro Ford Sales and Service, Inc. ("Metro Ford"), as follows:

### *Introduction*

1. In this action, Plaintiff seeks redress for Metro Ford's violation of the Fair Credit Reporting Act. Metro Ford unlawfully obtained Plaintiff's credit report.

### *Jurisdiction and Venue*

2. Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 because this claim arises under the Fair Credit Reporting Act, (see 15 U.S.C. § 1681).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the acts that gave rise to this cause of action occurred, in substantial part, in this district.

### *Parties*

4. Plaintiff, Mike Del Amora, is a resident of Illinois. Plaintiff demands trial by jury.

5. Metro Ford is a corporation doing business in Northern Illinois.

## *Factual Allegations*

6. Plaintiff learned sometime within the last year that Metro Ford had obtained his credit report.

7. Plaintiff has never authorized Metro Ford to obtain his credit report.

8. Metro Ford obtained Plaintiff's credit report on January 31, 2001 and on March 27, 2001.

## COUNT I
### *Violation of the Fair Credit Reporting Act for Obtaining a Credit Report Without a Permissible Purpose and Under False Pretenses*

9. Metro Ford obtained Plaintiff's credit report without authorization.

10. Metro Ford obtained Plaintiff's credit report without a permissible purpose.

11. Metro Ford knowingly obtained Plaintiff's credit report without a permissible purpose.

12. This conduct occurred with malice or willful intent to injure Plaintiff.

13. Metro Ford violated 15 U.S.C. 1681b(f) of the FCRA.

14. Metro Ford certified that it had a permissible purpose to obtain Plaintiff's credit report.

15. Metro Ford knew that it did not have a permissible purpose to obtain Plaintiff's credit report.

16. Metro Ford obtained Plaintiff's credit report under false pretenses.

17. Metro Ford violated 15 U.S.C. 1681q of the FCRA.

18. This conduct occurred with malice or willful intent to injure Plaintiff.

19. Plaintiff suffered damages as a result of this unauthorized access, including but not

limited to invasion of privacy, emotional distress and a lower credit rating.

WHEREFORE, Plaintiff, Mike Del Amora, asks that this Court enter judgment in his favor and against Defendant, Metro Ford, and award damages as follows:

A. Actual, statutory and punitive damages, pursuant to 15 U.S.C. § 1681n, that may be proved by Plaintiff at trial;

B. Attorney fees and costs pursuant to 15 U.S.C. § 1681n; and

C. Any other relief the Court deems just and proper.

Respectfully submitted,
Mike Del Amora, Plaintiff

By: _____
One of His Attorneys

Christopher V. Langone, Esq.
Joel D. Dabisch, Esq.
Mark T. Lavery, Esq.
The Langone Law Firm
25 East Washington, Suite 1805
Chicago, Illinois 60602
(312) 782-2000

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** MIKE DEL AMORA

County of Residence:

Plaintiff's Atty: Christopher Langone
Langone Law Firm
25 E. Washington, Suite 1805
Chicago, IL 60602

**Defendant(s):** METRO FORD SALES AND SERVICE, INC.

County of Residence:

Defendant's Atty:

DOCKETED NOV 2 6 2001

01C 9046

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

JUDGE KENNELLY

**III. Citizenship of Principle Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

MAGISTRATE JUDGE BOBRICK

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 890 Other Statutory Actions

**VI. Cause of Action:** Fair Credit Reporting Act, 15 U.S.C. 1601 et seq.

**VII. Requested in Complaint**
Class Action: No
Dollar Demand:
Jury Demand: Yes

**VIII.** This case IS NOT a refiling of a previously dismissed case.

Signature:

Date: 11/23/01

FILED-ED4 01 NOV 23 PM 4:08 U.S. DISTRICT COURT

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**

Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm

11/23/2001

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
Eastern Division

Double click on question mark for appearance form instructions

In the Matter of

MIKE DEL AMORA

v.

METRO FORD SALES AND SERVICE, INC.

DOCKETED NOV 2 6 2001

Case Number: **01C 9046**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

MIKE DEL AMORA

JUDGE KENNELLY

MAGISTRATE JUDGE BOBRICK

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Christopher Langone | NAME: Mark Lavery |
| FIRM: Langone Law Firm | FIRM: Langone Law Firm |
| STREET ADDRESS: 25 E. Washington, Suite 1805 | STREET ADDRESS: 25 E. Washington, Suite 1805 |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: (312) 782-2000 | TELEPHONE NUMBER: (312) 782-5808 |
| IDENTIFICATION NUMBER: 6211195 | IDENTIFICATION NUMBER: 6271291 |
| MEMBER OF TRIAL BAR? YES ✓ NO | MEMBER OF TRIAL BAR? YES NO ✓ |
| TRIAL ATTORNEY? YES ✓ NO | TRIAL ATTORNEY? YES ✓ NO |
|  | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES NO ✓ | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO ✓ | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |

FILED 01 NOV 23 PM 4:03 U.S. DISTRICT COURT